UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY A. CHUMLEY, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | No.: 3:08-CV-273 |
| | ) | (VARLAN/GUYTON) |
| CAMERON-BROWN COMPANY, | ) | |
| CITIMORTGAGE, INC., and | ) | |
| WILSON AND ASSOCIATES, | ) | |
| | ) | |
| Defendants, | ) | |
| and | ) | |
| | ) | |
| CITIMORTGAGE, INC., | ) | |
| | ) | |
| Counter-Plaintiff. | ) | |

**JUDGMENT**

The Plaintiff and the Defendant CitiMortgage, Inc. having represented to the Court that they have compromised and settled the issues in controversy in this civil action and have agreed as to the terms and entry by the Court of this Judgment, and good cause having been shown and the Court being of the opinion that the terms of this Judgment are fair and reasonable, it is accordingly found, held, and ORDERED as follows:

1. The Court has jurisdiction over the parties to this civil action and has jurisdiction over the real property in issue as described <u>infra</u>, located at 6801 Ruh Road, Knoxville, Knox County, Tennessee.

2. The Plaintiff acknowledges and affirms that at the time the deed of trust of December 23, 1986 on said premises, held by Defendant CitiMortgage, Inc. ["Citi"], foreclosed the indebtedness secured thereby was in default and delinquent.

3. The Plaintiff shall pay the sum of $44,000 to Citi in full satisfaction of the above described indebtedness and agrees that the civil action may be dismissed with full prejudice and Citi agrees that its counter claim may also and similarly be dismissed with full prejudice.

4. The following described real property, which was purchased by Citi on February 27, 2008, is hereby divested out of Citi and vested in the Plaintiff, Terry A. Chumley, pursuant to Rule 70, Federal Rules of Civil Procedure (fourth sentence), free and clear of the deed of trust and any other lien to Citi:

> Located and being situated in the Sixth (6th) Civil District of the County of Knox, State of Tennessee, and being known and designated as follows, to wit: Lot 22, Unit 2, Section 2, Tansie View Subdivision, as shown of record in Map book 52-S, Page 18, in the Register's Office of Knox County, Tennessee, to which reference is here made and Lot 23, Unit 2, Tanansie View Addition, as shown of record in Map Book 42-S, Page 52, in the Register's Office of Knox, County, Tennessee, to which reference is here made, said Lots being more particularly described as follows, to wit: Beginning at an iron pin in the westerly margin of the right of way of Ruh Road, said iron pin being located 727.45 feet from the point of intersection of the right of way of Ruh Road with the right of way of Doris Circle; thence, from said beginning point and with the right of way of Ruh Road, South 21 degrees, 38 minutes East 147.55 feet to an iron pin; thence, continuing with Ruh Road, South 21 degrees, 08 minutes East 116 feet to an iron pin marking the center line of a TVA Power Line easement; thence South 53 degrees, 36 minutes West 170.44 feet to an iron pin; thence North 16 degrees, 50 minutes West 307 feet to an iron pin; thence North 67 degrees, 58 minutes East 140.14 feet to the Point of Beginning, according to the survey of Hinds Surveying, dated 4 December, 1986, 6801 Ruh Road, Knoxville, Tennessee 37918

5. Costs in the Knox County Circuit Court action are taxed to the Plaintiff and his surety. Costs in this Court are taxed to Citi, pursuant to the parties' agreement.

6. The civil action is hereby dismissed with prejudice as to all parties.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

Approved for Entry:


/s/ John M Boucher, Jr
John M. Boucher, Jr. (022446)
Attorney for Plaintiff,
    Terry A. Chumley
709 Market Street
P.O. Box 57
Knoxville TN  37901-0057
(865) 281-8400
john.boucher@knoxtnlaw.com


/s/ John A. Walker, Jr.
John A. Walker, Jr. (000669)
Attorney for Defendant CitiMortgage, Inc.
507 South Gay Street, Suite 1200
P.O. Box 2774
Knoxville TN  37901
(865) 523-0700
jwalkerjr@aol.com


/s/ Thomas W. Lawless
Thomas W. Lawless (009211)
Attorney for Defendant CitiMortgage, Inc.
701 Broadway
The Customs House, Suite 403
Nashville TN  37203
(615) 351-7839
tomlawless@comcast.net


C:\Documents and Settings\GIBSONL\Local Settings\Temp\notesC0650E\Judgment 12-1-08.wpd